# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JOSHUA A. STRICKLIN                                                                                   PLAINTIFF

V.                                          NO: 4:16CV00648 BRW/PSH

PAUL VARHALLA                                                                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On November 29, 2016, plaintiff Joshua A. Stricklin filed a motion to voluntarily dismiss his complaint. Doc. No. 18. For good cause shown, Stricklin's motion to dismiss should be granted, and his complaint should be dismissed.

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff Joshua A. Stricklin's motion to voluntarily dismiss his complaint, Doc. No. 18, be GRANTED, and Stricklin's complaint be DISMISSED WITHOUT PREJUDICE.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of November, 2016.

 

_____
UNITED STATES MAGISTRATE JUDGE