# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOSHUA A. STRICKLIN**                                                                        **PLAINTIFF**

**VS.**                                 **4:16CV00648-BRW**

**PAUL VARHALLA**                                                               **DEFENDANT**

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition (Doc. No. 19) in their entirety

Accordingly, Plaintiff's motion to voluntarily dismiss complaint (Doc. No. 18) is GRANTED, and the complaint is DISMISSED WITHOUT PREJUDICE. All other pending motions (Doc. Nos. 11, 17) are DENIED as MOOT.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of December, 2016.

                                                               /s/ Billy Roy Wilson
                                                               UNITED STATES DISTRICT JUDGE