**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOSHUA A. STRICKLIN**                                                                                **PLAINTIFF**

**VS.**                                              **4:16CV00648 BRW**

**PAUL VARHALLA**                                                                                **DEFENDANT**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.  An *in forma pauperis* appeal is considered frivolous and

not in good faith.

IT IS SO ORDERED this 14th day of December, 2016.


                                                        /s/ Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE